# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:10-CR-134-1F

KELLY LORRAINE HAZELWOOD

On October 6, 2010, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Robert L. Thornton  
Robert L. Thornton  
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 23rd day of September, 2013.

James C. Fox  
Senior U.S. District Judge